**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ATLANTIC SOUTHEAST AIRLINES, INC., et al., : : : Plaintiffs, : : : CIVIL ACTION NO. v. : 1:08-CV-1821-JOF : M.L.M., a Minor, by her Guardian : Teresa Quinn-Vesely or Mark Robert : Vesely; and DOUGLAS MORGAN, : : Defendants. : | |

## **OPINION AND ORDER**

This matter is before the court on Defendant Teresa Quinn-Vesely's motion to dismiss cross-claim [8].

Plaintiffs, Atlanta Southeast Airlines, Inc., as sponsor and fiduciary of Atlantic Southeast Airlines, Inc., Investment Savings Plan, and JP Morgan Chase Bank, N.A., filed the instant interpleader action on May 21, 2008, against Defendants M.L.M., a minor, by her guardian Teresa Quinn-Vesely or Mark Robert Vesely, and Douglas Morgan. Plaintiffs contend that Defendants M.L.M. and Douglas Morgan have adverse claims to the proceeds of a 401(k) account held for the benefit of Rebecca Ann Quinn, now deceased. M.L.M. is

the child of Rebecca Ann Quinn and Douglas Morgan. Douglas Morgan was the spouse of Rebecca Ann Quinn at the time of her death, although they were separated.

Plaintiffs request that the court realign the Defendants as Plaintiff and Defendant and that Plaintiffs be dismissed without prejudice with the court retaining jurisdiction over Plaintiffs until a final order issues in the matter directing Plaintiffs as to the proper person entitled to the 401(k) account and addressing Plaintiffs' claim to attorney's fees. Defendants have no opposition to this request. Therefore, the court dismisses Plaintiffs from this case for the purposes of discovery. The court retains jurisdiction over Plaintiffs to the extent it will have to direct them as to the proper person entitled to the 401(k) account and for Plaintiffs' claim to attorney's fees. The court **REALIGNS** the parties as follows: M.L.M., a minor, by her guardian Teresa Quinn-Vesely or Mark Robert Vesely, is now the Plaintiff in this case and Douglas Morgan is the Defendant.

The court notes that at least one party to the litigation has requested mediation. The court is amenable to appointing a United States Magistrate Judge as mediator so long as all parties consent.

Finally, the court notes that Douglas Morgan had filed a cross claim against Defendant Teresa Quinn-Vesely. The court approved Defendant Morgan's consent dismissal without prejudice of that cross claim on August 22, 2008. For that reason, the

2

court DENIES AS MOOT Defendant Teresa Quinn-Vesely's motion to dismiss cross-claim [8].

**IT IS SO ORDERED** this 10th day of December 2008.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

3